

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00149-CR

JAMES CALVIN MASSEY, Appellant

§ On Appeal from the 371st District Court

§ of Tarrant County (1632168D)

V.

§ March 3, 2022

§ Opinion by Justice Birdwell

THE STATE OF TEXAS

§ (p)

## JUDGMENT ON REHEARING

After reviewing the State's motion for rehearing, we grant the motion. We withdraw our December 9, 2021 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell